# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE, | § § § § | |
| Plaintiffs, | § | Civil Action No. H-07-2467 (J. Rosenthal) |
| v. | § § § | |
| BOSTON SCIENTIFIC CORP. and GUIDANT CORP. | § § § § | |
| Defendants | § § § | |
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE, | § § § § | |
| Plaintiffs, | § | Civil Action No. 07-2702 (J. Rosenthal) |
| v. | § § § | |
| ATRICURE, INC., | § § § | |
| Defendant. | § § § | |
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE, | § § § § | |
| Plaintiffs, | § | Civil Action No. 07-2704 (J. Rosenthal) |
| v. | § § § | |
| ST. JUDE MEDICAL, INC., and EPICOR MEDICAL, INC. | § § § § | |
| Defendants. | § § | |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* § | |
| JANE DOE and DONALD P. BOONE, § | |
| § | |
| Plaintiffs, § | Civil Action No. H-08-3408 |
| § | |
| v. § | |
| MEDTRONIC, INC., § | |
| § | |
| Defendant. § | |

## ORDER

The plaintiffs' unopposed motion to continue the initial pretrial and scheduling conference, (Docket Entry No. 37), is granted. The conference will be held on **December 18, 2009, at 12:00 pm.**, in Courtroom 11-B. The joint discovery case management plan is due by December 7, 2009.

SIGNED on September 17, 2009, at Houston, Texas.

                                                          Lee H. Rosenthal
                                                        United States District Judge