IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELAINE BENNETT, <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON SCIENTIFIC CORP. and GUIDANT CORP., <br><br> Defendants. | ) ) ) ) ) Civil Action No. H-07-2467 (J. Rosenthal) ) ) ) ) ) ) ) ) ) |

### DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Boston Scientific Corporation ("BSC") and Guidant Corporation state that BSC wholly owns Guidant, BSC has no parent corporation, and no publicly held corporation owns 10% or more of BSC's stock.

Dated March 25, 2010

                Respectfully submitted,

                FULBRIGHT & JAWORSKI, L.L.P.

                /s/ R. Jeffrey Layne
                R. Jeffrey Layne
                State Bar No. 00791083
                Fed. ID No. 743086
                600 Congress Ave
                Austin, Texas 78701
                Telephone: (512) 536-4593
                Facsimile: (512) 536-4598
                *Attorney in Charge*

/s/ Janet S. Nolan
Frederick Robinson
Janet S. Nolan
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
*Of Counsel*

Attorneys for Defendants

85554346.1                      2

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing document was electronically filed and service accomplished automatically through the Notice of Electronic Filing filed by the Court's Electronic Case Filing (ECF) System to all counsel of record on March 25, 2010.

              /s/ Janet S. Nolan
              Janet S. Nolan